FILED
CLERK, U.S. DISTRICT COURT

APR 16 2015

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ROY CARNER,<br><br>Petitioner,<br><br>v.<br><br>RICHARD JONES DONOVAN CORRECTIONAL FACILITY,<br><br>Respondent. | Case No. CV 12-9137-GHK (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 4/16/15

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE